IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLINT ALLEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:22-CV-1493-D |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

# ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, dated August 1, 2023, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

**SO ORDERED.**

September 5, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE